# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
## No. 23-1557

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the |
| | ) | United States District Court |
| Plaintiff-Appellee, | ) | Central District of Illinois |
| | ) | |
| v. | ) | |
| | ) | No. 3:19-cr-30067-SEM-EIL-1 |
| Todd Sheffler, | ) | |
| | ) | Honorable Sue E. Myerscough, |
| Defendant-Appellant. | ) | United States District Judge |

**DEFENDANT'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellant, Todd Sheffler, by his attorney, and pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, moves this Court for the entry of an Order granting an extension of time up to and including **January 30, 2024**, to file the Defendant-Appellant's brief in the above-entitled case currently due for filing on January 16, 2024—with concomitant extensions of time for all other briefing deadlines in this case. In support thereof, undersigned counsel submits the attached affidavit of counsel.

The United States does not oppose this motion. Current counsel has filed three previous motions for extension of time in this case, all of which were based on the unavailability of transcripts. The first motion was filed on August 10, 2023, and was granted on August 11, 2023. The second motion was filed on October 19, 2023, and was

1

granted on October 20, 2023. The third motion was filed on December 5, 2023, and was granted on December 6, 2023. Appellant is in the custody of the United States Bureau of Prisons.

| | |
|---|---|
| Dated: January 9, 2024 | /s/ Jeremiah R. Newhall_____ |
| | Jeremiah Newhall, Esq. |
| | Counsel for Mr. Sheffler |
| | Newhall Law Firm |
| | 1630 Empire Blvd |
| | Suite 3 |
| | Webster NY 14580 |

STATE OF NEW YORK    )

                                ) SS

COUNTY OF MONROE    )

## AFFIDAVIT OF COUNSEL

Jeremiah R. Newhall, being sworn on oath, deposes and states as follows:

1. I am the attorney appointed by order of this Court to represent the Defendant-Appellant, Todd Sheffler in this matter. Appellant's brief is presently due on January 16, 2024.

2. Before my appointment, trial counsel ordered transcripts of the pretrial hearings, voir dire, the trial, and the sentencing hearing.

3. All previous motions for extension of time were premised on the unavailability of transcripts.

4. The transcripts were finalized and transmitted to counsel on January 2, 2024. Undersigned counsel has been working diligently and completed a rough draft of the brief.

5. Review of the completed transcripts has convinced the undersigned to revise the draft arguments, including removing some arguments entirely and drafting new arguments.

6. The case is factually complex, involving two trials (the first ending in a hung jury). The retrial began with voir dire on August 1, 2022 and concluded on August 23.

The final transcripts, only recently available, contain numerous objections and arguments preserved by trial counsel for possible consideration on appeal.

7. I need the time requested in the motion for extension of time to further review the transcripts of the proceedings, revise the draft brief, and discuss the draft with the Appellant.

8. I will make every effort to complete the brief in this case within the time requested in the motion.

9. I have spoken by phone with counsel for the United States, Timothy Bass, who advised that the government ASSENTS to this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed January 9, 2024.

    _/s/ Jeremiah R. Newhall_____
    Jeremiah R. Newhall

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date of filing, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that all counsel in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 9, 2024                    /s/ Jeremiah R. Newhall_____
                                                               Jeremiah Newhall, Esq.
                                                               Newhall Law Firm
                                                               Counsel for Appellant